NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-61

JOHN DAVID RACHAL, ET UX
VERSUS
JERRY LUZADER, ET AL.

************

APPEAL FROM THE
NINTH DISTRICT COURT,
PARISH OF RAPIDES, NO. 210,417,
HONORABLE D.THADDEUS JOHNSON, DISTRICT JUDGE

************

OSWALD A. DECUIR
JUDGE

************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Billy H. Ezell, Judges.

APPEAL DISMISSED.

Lewis Lauve, Jr. #21316
Post Office Box 307
Alexandria, LA 71309
(318) 449-1937
COUNSEL FOR PLAINTIFF/APPELLEE:
    John David Rachal, Et Ux

Henry H. Lemoine, Jr. #8306
607 Main Street
Pineville , LA 71360
(318) 473-4220
COUNSEL FOR DEFENDANT/APPELLANT:
    Jerry Luzader, Et Al